JOHN ELLICH, Respondent, *v.* HAMBURG-AMERIKANISCHE PACKETFAHRT ACTIEN GESELLSCHAFT, Doing Business under the Trade Name of HAMBURG-AMERICAN LINE, Appellant.

(Argued October 9, 1929; decided October 25, 1929.)

*Robert H. Charlton* and *John T. Loughran* for appellant.
*Harold R. Medina, Joseph Levy* and *William Gilbert* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.